559846

548875

# APPLICATION TO PRACTICE

## UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED
OCT - 6 2004

1. Name: **Robert O Groover III**
   (as listed on State Bar Card)

698804

2. Home Address: **11330 Valleydale Dr.** **Dallas TX 75230**
   (Street or P.O. Box) (City-State-Zip)

3. Telephone: Home: **214 363-3038**   Office: **972 980-5840**

4. Firm Name: **Groover & Holmes**

5. Firm Address: **One Galleria Tower, Suite 1370, 13355 Noel Road, Dallas TX 75240**
   (Street or P.O. Box) (City-State-Zip)

6. Date of Birth: **08/07/1950**

7. Identify a state bar of which you are admitted.

   **Texas**                                    State Bar No: **03529200**

8. Identify a United States District Court bar of which you are a member.

   **Northern District of Texas**            Number: **03529200**

9. Please list areas of certification: **None (Admitted US Patent Office 1980)**

10. If in the last ten years you have been the subject of discipline by a court or bar, attach a description and a copy of the final disposition.  **N/A**

11. Attach an explanation of any conviction, in the last ten years, of a misdemeanor involving moral turpitude or any felony. **N/A**

12. If you responded to item ten or eleven, attach all information you feel would assist the court in determining your fitness to practice law in this district.

13. List two members of this court's bar who will state that (a) they are not related to you; (b) they have known you for at least twelve months or otherwise know you well; (c) they have read this application; and (d) they believe your professional competence and character to be good.

    A. Reference's name, office address, state bar number and telephone number: **(214)-979-3065**
       ✓ **John P. Pinkerton, 1601 Bryan St, Ste 30, Dallas, TX 75201**   **16016700**

    B. Reference's name, office address, state bar number and telephone number:
       ✓ **David Poole  16123750**
       **214-812-6001**

Subscribed under the penalty for perjury.

Applicant: _(signed)_

Date: **09/27/04**

SDTX AA10 (10/00)



# Certificate of Good Standing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS



I, **KAREN MITCHELL**, *Clerk of the United States District Court, Northern District of Texas, DO HEREBY CERTIFY that* **Robert O. Groover III**, *Bar* **#08529200**, *was duly admitted to practice in said Court on* **March 14, 2003**, *and is in good standing as a member of the bar of said Court.*

*Signed at Dallas, Texas on September 23, 2004.*

KAREN MITCHELL, Clerk

BY: *[signature]*

Deputy Clerk

# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
P.O. BOX 61010
HOUSTON, TEXAS 77208

**MICHAEL N. MILBY**
CLERK OF COURT

ww.txs.uscourts.gov
713-250-5041

October 20, 2004

Robert O. Groover
Groover & Holmes
13355 Noel Rd Suite 1370
Dallas, TX 75240

RE: Oath and Order for admission to the Southern District of Texas

Dear Federal Bar Applicant:

Enclosed is an OATH and the ORDER for the proper administration of the same. Please make arrangements with the U.S. Clerk in your district of residence to have the OATH administered.

Once the OATH has been properly administered, please return the original to this office no later than **30 days** of receipt of this notice. Upon receipt of the executed OATH, you will be issued a certificate on which will be your Federal I.D. number for the Southern District of Texas.

If you desire further information, please call 713-250-5041.

Sincerely,

MICHAEL N. MILBY, Clerk


by: Alexis M. Downer, Deputy Clerk

enclosures

# United States District Court
# Southern District of Texas

Robert O. Groover
Groover & Holmes
13355 Noel Rd Suite 1370
Dallas, TX 75240

## Oath

I do solemnly swear that I will discharge the duties of an attorney and counselor of this Court faithfully, that I demean myself uprightly under the law and the highest ethics of our profession, and that I will support and defend the Constitution of the United States.

Signed on _____Nov. 17_____, 20_04_

_____
Signed

_Robert O. Groover III_
Printed Name

_____
United States District Judge
_Northern_ District of _Texas_

# GROOVER & HOLMES

One Galleria Tower, Suite 1950
P.O. Box 802889; Dallas, Texas 75380-2889

**972-980-5840**, FAX -5841; *www.technopatents.com*

Robert O. Groover III, *Reg'd Patent Atty.*
Patrick C.R. Holmes, *Reg'd Patent Atty.*
N. Elizabeth Pham, *Reg'd Patent Atty.*
David W. Roe, *Reg'd Patent Atty.*
Michelle L. Henderson, *Reg'd Patent Atty.*, Of Counsel

November 17, 2004

Ms. Alexis M. Downer
Deputy Clerk
U.S. District Court, Southern District of Texas
P.O. Box 61010
Houston, TX  77208

Re:  Oath and Order for Admission
     Robert O. Groover III

I have enclosed Mr. Groover's original, signed Oath, sworn before District Judge Kinkeade of the Northern District of Texas.

Thank you for completing the application process to admit Mr. Groover to the Southern District of Texas bar.

Sincerely yours,

Peggy Heath

encl   Oath